UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOSEPH PORTER,<br><br>               Plaintiff,<br><br>vs.<br><br>MISSOULA POLICE DEPARTMENT,<br><br>               Defendant. | Case No. CV-17-073-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED this action is DISMISSED for lack of jurisdiction.

      Dated this 21st day of June, 2017.

                            TYLER P. GILMAN, CLERK

                            By: /s/ A. Puhrmann
                            A. Puhrmann, Deputy Clerk